CORNELIUS C. VERMEULE, Respondent, *v.* CITY OF
CORNING, Appellant.

*Contract — validity of contract entered into by board of public works
employing engineer to prepare plans and specifications for sewer
system and sewage disposal plant.*

*Vermeule* v. *City of Corning,* 186 App. Div. 206, affirmed.

(Argued December 10, 1920; decided December 31, 1920.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the fourth judicial department,
entered March 24, 1919, reversing a judgment in favor of
defendant entered upon a decision of the court on trial at
Special Term and directing judgment in favor of plaintiff.
The complaint alleged that defendant, through its board
of public works, had employed him to prepare plans and
specifications for a sewer system .and sewage disposal
plant agreeing to pay him for his services a certain percent-
age of the amount of the engineering estimate; that he
furnished such plans and specifications and had received
a portion of the agreed remuneration and demanded
judgment for the balance. The answer set up as. a defense
that the contract was illegal and void and set up a counter-
claim for the amount paid plaintiff thereon.

*James O. Sebring* and *Justin V. Purcell* for appellant.
*Halsey Sayles* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, CARDOZO, POUND,
MCLAUGHLIN, CRANE and ANDREWS, JJ.